IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAWANDA LOWE, individually and on behalf of all similarly situated persons,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MEDCIPHERS, LLC,<br><br>　　　　Defendant. | Civil Action No.: 1:20-cv-03480-SDG |

**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS WITH PREJUDICE**

This matter is before the Court on the parties' Joint Motion to Approve Settlement and Dismiss with Prejudice (the "Joint Motion"). The parties state that they have resolved this lawsuit through settlement all of Plaintiff's claims arising under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq*.

The Court has reviewed the parties' Joint Motion, the facts and arguments contained therein, and the terms of the parties' Settlement Agreement. The Court has assessed the fairness, adequacy, and reasonableness of the Settlement Agreement, consistent with the requirements set forth by law. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court

1

finds that the Settlement Agreement, which includes backpay, liquidated damages, and the payment of Plaintiff's attorneys' fees, is a fair and reasonable resolution of bona fide disputes between the parties. Specifically, the Court concludes: (1) the terms of the Settlement Agreement were reached in an adversarial context with the assistance of legal counsel; (2) the terms of the Settlement Agreement are fair and reasonable and represent an adequate resolution of this action; and (3) the Settlement Agreement resolves a bona fide dispute and allows both parties to avoid the uncertainty and expense of continued litigation. Finally, the Court finds no collusion or other factors which would undermine the legitimacy of the parties' agreement.

It is hereby **ORDERED** that the parties' Joint Motion to Approve Settlement and Dismiss with Prejudice is **GRANTED**; the parties' Settlement Agreement is incorporated herein and **APPROVED**; and this action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 12th day of November 2020.

_____
Steven D. Grimberg
United States District Judge